On appellant's petition for reconsideration filed February 14, and respondent's objection to appellant's petition for reconsideration filed February 14, petition for reconsideration of opinion (214 Or App 292, 164 P3d 351 (2007)), denied April 16, 2008

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

PABLO RANGEL,
*Defendant-Appellant.*

Marion County Circuit Court
05C43759; A128846

182 P3d 311

Louis R. Miles, Deputy Public Defender, Office of Public Defense Services, Legal Services Division, for petition.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General, for response.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Sercombe, Judge.

PER CURIAM

Petition for reconsideration denied. *State v. Dominguez-Coronado*, 219 Or App 315, 182 P3d 322 (2008).